**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7139**

_____

CAROLE ANN MCINTYRE,

Plaintiff - Appellant,

versus

JAMES CARTER, Warden; MITCHELL FRANKS, As-
sistant Warden; OWEN LANGFORD, Chief of Secu-
rity; RICHARD LANHAM, JR., Commissioner of
Corrections,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
95-816-PJM)

_____

Submitted: December 19, 1996        Decided: January 6, 1997

_____

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carole Ann McIntyre, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McIntyre v. Carter, No. CA-95-816-PJM (D. Md. July 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED